UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO VELIZ MARTINEZ,

                              Petitioner,

                -v.-

KENNETH GENALO, et al.,

                              Respondents.

24 Civ. 8675 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 20, 2025, Petitioner's counsel informed the Court that after nearly two years in immigration detention, Petitioner accepted a removal order and had been, upon information and belief, removed from the United States on or around August 10, 2025. (Dkt. #28). As a result, Petitioner moves to withdraw his Motion to Enforce (Dkt. #16) without prejudice.

That application is GRANTED.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    August 21, 2025
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge